Lucille Haghani, Appellant, v. Moosa Haghani, Respondent.—

Concur — Stevens, P. J., Eager, McGivern and Markewich, JJ.